CLOSED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JEFFREY COPLIN, | : | Hon. Robert B. Kugler |
| Petitioner, | : | Civil No. 12-3574 (RBK) |
| v. | : | |
| DONNA ZICKEFOOSE, | : | **ORDER** |
| Respondents. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this   27th   day of    June   , 2012,

ORDERED that Petitioner's application to proceed in forma pauperis is GRANTED; and it is further

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED; and it is finally

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion upon Petitioner, together with a blank form petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and shall close the file.

s/Robert B. Kugler
**ROBERT B. KUGLER, U.S.D.J.**